CATHERINE BRAUN, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Braun* v. *City of New York*, 164 App. Div. 895, affirmed.
(Argued March 27, 1917; decided April 17, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 7, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover the damage alleged to have been occasioned to plaintiff's property by the closing of Stone street in the borough of Richmond to vehicular traffic. Defendant without proceedings to close the street or to condemn the property rights of plaintiff obstructed the street by erecting a brace of iron posts at either end, about four feet high, four feet apart and three feet from each sidewalk, thus effectually destroying it as a way for vehicles, and depriving the respondent of access by vehicles between her lots on Willow street and any public street.

*Lamar Hardy, Corporation Counsel (Charles J. Nehrbas* and *Terence Farley* of counsel), for appellant.

*Thomas G. Prioleau* and *George W. Stake* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.